In the Matter of FEDIE R. REDD, Appellant, v EDWARD A. BATTISTI et al., Respondents.

Submitted October 15, 2012; decided December 13, 2012

Motion, insofar as it seeks leave to appeal from the Appellate Division order affirming the Supreme Court judgment, denied; motion, insofar as it seeks leave to appeal from the Appellate Division order denying reargument or, in the alternative, leave

to appeal to the Court of Appeals, dismissed upon the ground that such order does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.